IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG HOSPITAL                                              PLAINTIFF

v.                     No. 4:18-mc-10-DPM

TYSON FOODS, INC.; TYSON
FOODS, INC. HEALTH BENEFIT
PLAN (ACTIVES & COBRA);
TYNET CORPORATION; TYSON
SHARED SERVICES, INC.; and,
NATIONAL COMP CARE, INC.                                   DEFENDANTS

## ORDER

The Court directs the Clerk to amend the docket: № 4 is more in the nature of an addendum to the original motion, № 2, than an amended motion. Craig Hospital has not responded to either filing. It must do so by 10 October 2018 or the Court will rule based on the current papers. In the meantime, USAble need not respond to the subpoena.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

3 October 2018