# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CRAIG HOSPITAL                                                    PLAINTIFF

v.                               No. 4:18-mc-10-DPM

TYSON FOODS, INC.;  TYSON
FOODS, INC. HEALTH BENEFIT
PLAN (ACTIVES & COBRA);
TYNET CORPORATION;  TYSON
SHARED SERVICES, INC.;  and,
NATIONAL COMP CARE, INC.                                          DEFENDANTS

## JUDGMENT

Based on the parties' stipulation, № 10, all pending motions, № 2

& 7, are denied as moot and this matter is dismissed without prejudice.

_____
D. P. Marshall Jr.
United States District Judge

10 October 2018